No. 98–6299. MASSEY v. HEAD, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 98–6308. LEDFORD v. TEXAS. Ct. Crim. App. Tex. Certiorari denied. 

No. 98–6309. MARTINEZ v. UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 98–6310. LINDSTEDT v. BAUM ET AL. C. A. 8th Cir. Certiorari denied. 

No. 98–6311. NELSON v. STRINGER, SHERIFF, MARION COUNTY, MISSISSIPPI, ET AL. C. A. 5th Cir. Certiorari denied. 

No. 98–6312. NELSON v. IDAHO. Ct. App. Idaho. Certiorari denied. 

No. 98–6321. CROSS v. CAMBRA, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 98–6325. McINERNEY v. CITY AND COUNTY OF SAN FRANCISCO ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 98–6334. WASHINGTON v. WARD, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 98–6337. WILLIAMS v. VENTURA COUNTY, CALIFORNIA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–6338. WORTHEN v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied. 

No. 98–6343. BAUHAUS v. REYNOLDS, WARDEN. C. A. 10th Cir. Certiorari denied. 

No. 98–6351. CROWDER v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 98–6355. POWERS v. SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied. 

No. 98–6359. HILL v. SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.